WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Charles Perttu, et al

        Plaintiff(s),                Case No.   2:16-cv-00280

v.

Apex Commercial Capital Corp.

        Defendant(s).
_____/

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1,     __Apex Commercial Capital Corp.__
                                                                                 (Party Name)
makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☑ Yes ☐ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   First Urban Development Co.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: __December 21, 2016__          __/s/ Patrick C. Lannen__
                                                                   (Signature)
Patrick C. Lannen (P73031)
Plunkett Cooney
38505 Woodward Ave., Suite 2000
Bloomfield Hills, MI 48304
(248) 901-4027
plannen@plunkettcooney.com