UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CHARLES PERTTU, et al.,

       Plaintiffs,                Case No. 2:16-cv-00280-PLM-TPG

v.                                 Hon. Paul L. Maloney

APEX COMMERCIAL CAPITAL CORP.,
et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:              June 22, 2017   01:30 PM
Magistrate Judge:    Timothy P. Greeley
Place/Location:       by telephone

*Plaintiff's counsel will coordinate the call and call into the Court*

                                      TIMOTHY P. GREELEY
                                      U.S. Magistrate Judge

Dated:   June 21, 2017       By:    /s/ C. A. Moore
                                       Courtroom Deputy