United States District Court
for the Western District of Michigan

## REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 2:16-cv-00280 | Perttu v Apex Commercial Capital Corp. | 07/21/2017 |

**PARTIES**              Attendees

| Name | On Behalf Of |
|---|---|
| Charles Perttu | Plaintiff |
| Thomas Perttu | Plaintiff |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Phillip B. Toutant | Plaintiffs |
| Patrick C. Lannen | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:  ☑ Settled in full - Final paperwork will be filed by:
         ☐ Mediation continuing - Date of Next Session
         ☐ Not settled - Mediation Completed

Dated: July 21, 2017                    Ronald D. Keefe
                                        _____
                                        Ronald D. Keefe
                                        Mediator