# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES PERTTU, THOMAS PERTTU, MARYBETH PERTTU, and LORI PERTTU, | ) ) ) ) | USDC Case No. 2:16-cv-00280<br>Judge Paul Maloney<br>Mag. Judge Timothy P. Greeley |
| Plaintiffs, | ) ) ) | |
| -vs- | ) ) | |
| APEX COMMERCIAL CAPITAL CORP., a subsidiary of FIRSTTRUST BANK, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATED ORDER OF DISMISSAL

This matter is before the Court on stipulation of the parties, Defendant Apex Commercial Capital Corp. ("Apex"), and Plaintiffs, Charles Perttu, Thomas Perttu, Marybeth Perrtu, and Lori Perttu ("Plaintiffs"), as evidenced by the signatures of their counsel below, and the Court, as a result, being duly advised in the premises, and finding this Order appropriate under the circumstances;

NOW, THEREFORE, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

/S/ _____

DATED: October 10, 2017

Stipulation for entry:

/s/ Patrick Lannen  
PATRICK LANNEN (P73031)  
Attorney for Defendant

/s/ Phil Toutant  
PHILLIP TOUTANT (P72992)  
Attorney for Plaintiffs

Open.25902.62357.19176507-1