UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES PERTTU, THOMAS PERTTU, MARYBETH PERTTU, and LORI PERTTU, | ) ) ) ) | USDC Case No. 2:16-cv-00280 Judge Paul Maloney Mag. Judge Timothy P. Greeley |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | |
| APEX COMMERCIAL CAPITAL CORP., a subsidiary of FIRSTTRUST BANK, | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATED ORDER OF DISMISSAL**

This matter is before the Court on stipulation of the parties, Defendant Apex Commercial Capital Corp. ("Apex"), and Plaintiffs, Charles Perttu, Thomas Perttu, Marybeth Perrtu, and Lori Perttu ("Plaintiffs"), as evidenced by the signatures of their counsel below, and the Court, as a result, being duly advised in the premises, and finding this Order appropriate under the circumstances;

NOW, THEREFORE, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Date:  October 10, 2017

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge

DATED:  October 10, 2017

Stipulation for entry:

/s/ Patrick Lannen
PATRICK LANNEN (P73031)
Attorney for Defendant

/s/ Phil Toutant
PHILLIP TOUTANT (P72992)
Attorney for Plaintiffs